**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. DKC 13-1822 |
| | * | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST*

Plaintiff, The Humane Society of the United States, by and through its undersigned attorney, files this Disclosure of Affiliations and Financial Interest pursuant to Rule 103.3 of the Local Rules for the United States District Court for the District of Maryland:

(a) The Humane Society of the United States is affiliated with the Doris Day Animal League;

(b) The Humane Society of the United States is affiliated with the Humane Society International;

(c) The Humane Society of the United States is affiliated with the Humane Society Legislative Fund;

(d) The Humane Society of the United States is affiliated with the Humane Society University;

(e) The Humane Society of the United States is affiliated with the Humane Society Veterinary Medical Association;

(f) The Humane Society of the United States is affiliated with the Humane Society Wildlife Land Trust;

(g) The Humane Society of the United States is affiliated with The Fund for Animals;

(h) The Humane Society of the United States is affiliated with the Humane Society International for the Protection and Conservation of Animals a/k/a HSI/Canada;

(i) The Humane Society of the United States is affiliated with the Friends of Humane Society International for the Protection and Conservation of Animals;

(j) The Humane Society of the United States is affiliated with the Humane Society International - United Kingdom;

(k)  The Humane Society of the United States is affiliated with the Association Humanitaria de Costa Rica;

(l) The Humane Society of the United States is affiliated with the Humane Society International Latin America (formerly Global Alliance for Humane Sustainable Development);

(m) The Humane Society of the United States is affiliated with the National Association for Humane and Environmental Education (now known as Humane Society Youth);

(n) The Humane Society of the United States is affiliated with the Humane Society International - Australia;

(o) The Humane Society of the United States is affiliated with the Society for the Prevention of Cruelty to Animals, Broward County, Inc. d/b/a South Florida Wildlife Centre; and,

(p) The Humane Society of the United States is affiliated with the Humane

Society International: India.

(q) Other than the entities referenced above, all of which are not-for-profit organizations, The Humane Society of the United States is not aware of any other entities that may have a financial interest in the outcome of this litigation.

Respectfully submitted,

FUREY, DOOLAN & ABELL, LLP

By: __/S/_____
Robert E. Grant, Bar No. 13262
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland  20815-5803
Tel. 301.652.6880
Fax 301.652.8972

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2013, a copy of the foregoing was served by filing with the Court's CM/ECF System upon Linda S. Woolf, Esquire, and Joseph B. Wolf, Esquire, Goodell, DeVries, Leech & Dann LLP, One South Street, 20th Floor, Baltimore Maryland 21202, attorneys for Defendant.

____/S/_____
Robert E. Grant