IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES, et al. | * | |
| | * | |
| Plaintiffs, | * | Case No.: DKC-13cv-1822 |
| v. | * | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | * | |
| | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Plaintiffs, The Humane Society of the United States ("HSUS"), Jonathan Lovvorn and Kimberly Ockene, and Defendant, National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), by and through their undersigned counsel, hereby file this Status Report pursuant to the Court's July 17, 2014 Scheduling Order (E.C.F. No. 62):

a.  DISCOVERY STATUS

It is National Union's position that discovery is complete. Plaintiffs served a corporate designee deposition notice on National Union on October 1, 2014 scheduling the deposition in Washington, DC for October 10, 2014, which is the current discovery deadline. National Union has objected to that unilateral notice and is filing a Motion for Protective Order today.

b.  PENDING MOTIONS

National Union anticipates filing a Motion for Protective Order on this date. Plaintiffs' opposition would be due on October 27, 2014.

c.   DISPOSITIVE PRETRIAL MOTIONS

Defendant intends to file a dispositive motion. Thus, pursuant to Local Rule 105(2)(c), the parties propose the following briefing schedule:

- Defendants to file dispositive motions by November 20, 2014;
- Plaintiffs to file opposition by December 11, 2014; and
- Defendants to file reply by January 6, 2015

d.   JURY TRIAL

The parties anticipate that the trial in this matter will last no more than five days.

e.   CERTIFICATION OF SETTLEMENT NEGOTIATIONS

The parties engaged in a private mediation with Retired Judge Frederick Smalkin on March 19, 2014 but were unable to resolve this matter.

f.   SETTLEMENT OR ADR CONFERENCE

If this matter is not resolved on dispositive motions, National Union would be willing to participate in mediation following resolution of dispositive motions. HSUS does not feel that ADR would be productive.

g.   U.S. MAGISTRATE JUDGE

The parties do not consent to proceeding before a Magistrate Judge.

h.   OTHER MATTERS

The parties do not have other matters that need to be resolved.

Respectfully submitted,

/s/
Linda S. Woolf (Federal Bar No. 08424)
Joseph B. Wolf (Federal Bar No. 27882)
Goodell, DeVries, Leech & Dann LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Tel. (410) 783-4000
Fax (410) 783-4040
*Attorneys for Defendant, National Union Fire Insurance Company of Pittsburgh, Pa.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2014, a copy of National Union Fire Insurance Company of Pittsburgh, Pa.'s Status Report was served via electronic filing on:

Robert E. Grant (Federal Bar No. 13262) (rgrant@fdalaw.com)
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue, Suite 1100
Chevy Chase, MD 20815-5803

Howard T. Weir, III (*pro hac vice*) (hweir@howardweir.com)
Law Offices of Howard T. Weir
Franklin Square
1300 Eye Street, NW, Suite 300 West
Washington, DC 20005-3353
*Attorneys for Plaintiff, The Humane Society of the United States*

David T. Miller (*pro hac vice*) (david@mmlawfirmllc.com)
Miller & Miller Law Firm, LLC
950 Walnut Bottom Road, Suite 15-209
Carlisle, PA 17015
*Of Counsel on Behalf of Plaintiff, The Humane Society of the United States*

Lorelie S. Masters (Federal Bar No. 18711) (lmasters@perkinscoie.com)
Perkins Coie LLP
700 Thirteenth Street, NW, Suite 600
Washington, DC 20005
*Attorneys for Plaintiffs, Jonathan Lovvorn and Kimberly Ockene*

/s/
Linda S. Woolf (Federal Bar No. 08424)